# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ALEXANDRU GANUS,**

      **Plaintiff,**

    v.                                  Case No. 2:24-cv-3584
                                          JUDGE EDMUND A. SARGUS, JR.
**LAURIE CONNOR,**                 Magistrate Judge Chelsey M. Vascura

      **Defendant.**

## OPINION AND ORDER

    This matter is before the Court on Defendant's Motion to Stay Briefing on Plaintiff's Motion for Summary Judgment. (ECF No. 27.) Defendant Laurie Connor asks the Court to stay the briefing deadlines on Plaintiff Alexandru Ganus's motion for summary judgment until the Court decides whether it has jurisdiction over the case and issues a decision on the motion to dismiss. (*Id.* PageID 481.) In the alternative, Mrs. Connor requests a 30-day extension of her deadline to file a memorandum in opposition to the motion for summary judgment. (*Id.*)

    The Motion to Stay is **GRANTED IN PART**. (ECF No. 27.) The Court extends the parties' briefing deadlines. Mrs. Connor shall file her memorandum in opposition to the motion for summary judgment on or before **September 12, 2025**. Mr. Ganus shall file his reply, if any, on or before **September 26, 2025**. All other deadlines in this case remain the same.

    This case remains open.

    IT IS SO ORDERED.

**8/12/2025**                                       **s/Edmund A. Sargus, Jr.**
**DATE**                                             **EDMUND A. SARGUS, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**