IN THE UNITED STATE DISTRICT COURT OF OHIO
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Alexandru Ganus,<br>Plaintiff,<br><br>v.<br><br>Laurie Connor,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case Number: 2:24-CV-3584<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Chelsey M. Vascura |

**ORDER**

Pursuant to the parties' Stipulation of Voluntary Dismissal with Prejudice, this action is DISMISSED WITH PREJUDICE.

The Court retains jurisdiction to enforce the parties' Settlement Agreement and Mutual Release.

IT IS SO ORDERED.

8/3/2026
Date

s/Edmund A. Sargus, Jr.
Edmund A. Sargus, Jr.
United States District Judge